1  **PLONSKER LAW LLP**
   Michael J. Plonsker (State Bar No. 101235)
2  MPlonsker@plonskerlaw.com
   Rex Glensy (State Bar No. 198909)
3  RGlensy@plonskerlaw.com
   1990 S. Bundy Drive, Suite 280
4  Los Angeles, CA 90025
   Telephone:  310-861-2050
5  Facsimile:   310-496-2577

6  Attorneys for DEFENDANTS
   JAMES FRANCO and RABBITBANDINI
7  PRODUCTIONS, LLC.

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11 CYRIL HUMPHRIS, an individual,     Case No.  CV-14-3162-GW-Ex

12              Plaintiff,            **ANSWER OF DEFENDENTS
                                      JAMES FRANCO AND RABBIT
13              v.                    BANDINI PRODUCTIONS, INC.
                                      TO COMPLAINT FOR
14 JAMES FRANCO, an individual;       COPYRIGHT INFRINGEMENT**
   RABBIT BANDINI PRODUCTIONS,
15 INC., a California corporation; and **JURY DEMAND**
   DOES 1-10, inclusive,
16
              Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1949                                              ANSWER TO COMPLAINT

1    Defendants James Franco ("Franco") and RabbitBandini Productions, LLC

2   ("RabbitBandini") (collectively "Defendants") hereby respond to Plaintiff Cyril

3   Humphris' ("Plaintiff") Complaint for Copyright Infringement ("Complaint"), as

4   follows:

5                        **NATURE OF THE ACTION**

6        1.    Defendants admit that "James Franco is a well-known actor,

7   screenwriter, producer, and director." Except as expressly admitted, Defendants

8   deny the remaining allegations of Paragraph 1 of the Complaint.

9                              **PARTIES**

10       2.    Defendants are without sufficient knowledge or information to form a

11  belief as to the truth of the allegations contained in Paragraph 2 of the Complaint,

12  and on that basis, deny each and every allegation contained therein.

13       3.    The allegations of Paragraph 3 of the Complaint are admitted.

14       4.    The allegations of Paragraph 4 of the Complaint are denied.

15       5.    The allegations of Paragraph 5 of the Complaint are denied.

16       6.    The allegations of Paragraph 6 of the Complaint are denied.

17                    **JURISDICTION AND VENUE**

18       7.    The allegations of Paragraph 7 of the Complaint are admitted.

19       8.    The allegations of Paragraph 8 of the Complaint are admitted as to

20  Franco and RabbitBandini doing business in this judicial district. The remainder of

21  the allegations of Paragraph 8 of the Complaint are denied.

22       9.    The allegations of Paragraph 9 of the Complaint are admitted as to the

23  named Defendants. Defendants are without sufficient knowledge or information to

24  form a belief as to the truth of the allegations contained in Paragraph 9 of the

25  Complaint as these would pertain to the Doe Defendants, and on that basis, deny

26  each and every allegation contained therein as applied to the Doe Defendants.

27

28

PLONSKER LAW LLP
ATTORNEYS AT LAW
LOS ANGELES

**FACTUAL ALLEGATIONS**

10.     The allegations of Paragraph 10 of the Complaint are admitted.

11.     The allegations of Paragraph 11 of the Complaint are admitted.

12.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint, and on that basis, deny each and every allegation contained therein.

13.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint, and on that basis, deny each and every allegation contained therein.

14.     The allegations of Paragraph 14 of the Complaint are admitted.

15.     The allegations of Paragraph 15 of the Complaint are admitted as to what the website claims Mr. Franco said.  The remainder of the allegations of Paragraph 15 of the Complaint are denied.

16.     The allegations of Paragraph 16 of the Complaint are denied.

17.     The allegations of Paragraph 17 of the Complaint are admitted.

18.     The allegations of Paragraph 18 of the Complaint are admitted as to the allegation that Mr. Franco directed the Film.  The remainder of the allegations of Paragraph 18 of the Complaint are denied.

19.     The allegations of Paragraph 19 of the Complaint are admitted as to RabbitBandini making the Film.  The remainder of the allegations of Paragraph 19 of the Complaint pertaining to RabbitBandini are denied.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint as these would pertain to the Doe Defendants, and on that basis, deny each and every allegation contained therein as applied to the Doe Defendants.

20.     The allegations of Paragraph 20 of the Complaint are denied.

21.     The allegations of Paragraph 21 of the Complaint are denied.

22.     The allegations of Paragraph 22 of the Complaint are denied.

PLONSKER LAW LLP
ATTORNEYS AT LAW
LOS ANGELES

23.     The allegations of Paragraph 23 of the Complaint are denied.

24.     The allegations of Paragraph 24 of the Complaint are denied.

25.     The allegations of Paragraph 25 of the Complaint are denied.

26.     The allegations of Paragraph 26 of the Complaint are denied.

27.     The allegations of the first two sentences of Paragraph 27 of the Complaint are admitted.  The remainder of the allegations of Paragraph 27 of the Complaint are denied.

28.     The allegations of the first three sentences of Paragraph 28 of the Complaint are admitted.  The remainder of the allegations of Paragraph 28 of the Complaint are denied.

29.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 29 of the Complaint, and on that basis, deny each and every allegation contained therein.  The allegations of Paragraph 29 of the Complaint are admitted as to what the press claims Mr. Franco said.  The remaining allegations of Paragraph 29 of the Complaint are denied.

30.     The allegations of the first sentence, and the first clause of the second sentence through the first comma, of Paragraph 30 of the Complaint are admitted.  The remaining allegations of Paragraph 30 of the Complaint are denied.

31.     Defendants are without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the first sentence of Paragraph 31 of the Complaint, and on that basis, deny each and every allegation contained therein.  The remaining allegations of Paragraph 31 of the Complaint are denied.

32.     The allegations of Paragraph 32 of the Complaint are denied.

33.     The allegations of Paragraph 33 of the Complaint are admitted as to the reported 2014 United States release date according to the Internet Movie Database.  Defendants are without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in Paragraph 33 of the

Complaint, and on that basis, deny each and every allegation contained therein.

34.    The allegations of Paragraph 32 of the Complaint are denied.

## FIRST CAUSE OF ACTION
## (COPYRIGHT INFRINGEMENT)

35.    Defendants hereby incorporate their responses to Paragraphs 1 through 34 of the Complaint, by this reference as if fully stated herein.

36.    The allegations of Paragraph 36 of the Complaint are denied.

37.    The allegations of Paragraph 37 of the Complaint are denied.

38.    The allegations of Paragraph 38 of the Complaint are denied.

39.    The allegations of Paragraph 39 of the Complaint are denied.

40.    The allegations of Paragraph 40 of the Complaint are denied.

41.    The allegations of Paragraph 41 of the Complaint are denied.

## PRAYER FOR RELIEF

Defendants deny that Plaintiff is entitled to any of the relief requested by him or that he is entitled to any relief at all.

## AFFIRMATIVE DEFENSES
### First Affirmative Defense
(Failure to State a Claim)

1.    The Complaint, and each and every claim therein, fails to state a claim upon which relief can be granted.

### Second Affirmative Defense
(Lack of Standing)

2.    Plaintiff lacks standing to pursue its alleged claims.

///

///

PLONSKER LAW LLP
ATTORNEYS AT LAW
LOS ANGELES

**Third Affirmative Defense**

(Statute of Limitations)

3.      Plaintiff's action is barred by the applicable statute of limitations.

**Fourth Affirmative Defense**

(Unclean Hands)

4.      Plaintiff's claims are barred under the doctrine of unclean hands.

**Fifth Affirmative Defense**

(Copyright Estoppel)

5.      Plaintiff is estoped by his conduct from recovering any relief under the Complaint.

**Sixth Affirmative Defense**

(Waiver)

6.      Plaintiff's claims are barred, in whole or in part, by the doctrine of waiver.

**Seventh Affirmative Defense**

(Failure to Mitigate Damages)

7.      Plaintiff failed to properly mitigate his alleged damages and therefore is precluded from recovering all or part of those alleged damages.

**Eighth Affirmative Defense**

(No Damages)

8.      Defendants are informed and believed, and based thereon allege, that Plaintiff has not suffered any damage as a result of any action taken by Defendants, and Plaintiff is thereby barred from asserting any claim against Defendants.

**Ninth Affirmative Defense**

(Good Faith)

9.      Defendants and their agents, if any, acted reasonably and in good faith at all times material herein, based on all relevant facts, law, and circumstances known by them at the time that they so acted.  Accordingly, Plaintiff is barred, in

PLONSKER LAW LLP
ATTORNEYS AT LAW
LOS ANGELES

1    whole or in part, from any recovery in this action.

2                    **Tenth Affirmative Defense**

3                            (Consent)

4        10.    Plaintiff's claims are barred because he consented to the actions

5    complained of in the Complaint.

6                    **Eleventh Affirmative Defense**

7                            (Laches)

8        11.    The relief sought by Plaintiff is barred because of the doctrine of

9    laches.

10                    **Twelfth Affirmative Defense**

11                          (Acquiescence)

12        12.    The relief sought by Plaintiff is barred because of the doctrine of

13    acquiescence.

14                    **Thirteenth Affirmative Defense**

15                      (Setoff and Recoupment)

16        14.    Any damages to which Plaintiff may be entitled should be setoff by the

17    damages that Plaintiff has caused Defendants.

18                    **Fourteenth Affirmative Defense**

19                        (First Amendment)

20        16.    The claims and/or remedies sought by Plaintiff are barred by the First

21    Amendment of the United States Constitution.

22                    **Fifteenth Affirmative Defense**

23                            (Fair Use)

24        17.    The relief sought by Plaintiff is barred by operation of the fair use

25    doctrine.

26                    **Sixteenth Affirmative Defense**

27                    (Lack of Substantial Similarity)

28        18.    Plaintiff is not entitled to any relief under copyright infringement in

PLONSKER LAW LLP
ATTORNEYS AT LAW
LOS ANGELES

1    that the alleged infringing work lacks substantial similarity with the alleged

2    infringed work.

### Seventeenth Affirmative Defense

#### (No Copyrightable Subject Matter)

5        19.    Plaintiff's claims are barred because Plaintiff has failed to identify any

6    material which constitutes subject matter that is protectable under copyright law.

### Eighteenth Affirmative Defense

#### (Lack of Ownership)

9        20.    Plaintiff's claims are barred because Plaintiff is not the actual or

10   beneficial owner of the claimed copyright.

### Nineteenth Affirmative Defense

#### (Independent Creation)

13       21.    Defendants independently created the alleged infringing work without

14   any influence or reference to Plaintiff's claimed infringed work.

### Twentieth Affirmative Defense

#### (Failure to Join Indispensible Parties)

17       22.    Plaintiff has failed to join or confer this Court's jurisdiction over

18   parties whose presence is necessary and proper to the resolution of Plaintiff's

19   claims and/or Defendants' defenses.

### Twenty-First Affirmative Defense

#### (Fault of Others)

22       23.    Any loss, injury, damage or detriment actually suffered or sustained by

23   Plaintiff was directly and proximately caused and contributed to by the breach,

24   conduct, acts, omissions, activities, carelessness, recklessness, negligence,

25   fraudulent and/or intentional misconduct or actions of parties other than any of the

26   Defendants.

27   ///

28   ///

PLONSKER LAW LLP
ATTORNEYS AT LAW
LOS ANGELES

1

## Twenty-Second Affirmative Defense

(Contractual Waiver)

24.     Plaintiff's claims are barred, in whole or in part, by operation of a
contract between Plaintiff and Defendants.

## Twenty-Third Affirmative Defense

(Reservation of Rights)

25.     Defendants have insufficient knowledge or information on which to
form a belief as to whether they may have additional, as yet unstated, affirmative
defenses available.  Therefore, Defendants reserve all rights to assert additional
affirmative defenses at a later date.


## JURY DEMAND

Defendants request a trial by jury on all claims where a jury trial is permitted
by law.


## PRAYER

**WHEREFORE,** Defendants pray that this Court enter a judgment as
follows:

1.     That the Complaint be dismissed with prejudice and that judgment be
       entered in favor of Defendants;

2.     That Plaintiff take nothing by way of the Complaint;

3.     That Defendants be awarded the costs of suit incurred in defense of
       this action, including their reasonable attorneys' fees as allowed by
       law; and

4.     For such further and other relief as the Court may deem just and
       proper.

PLONSKER LAW LLP
ATTORNEYS AT LAW
LOS ANGELES

DATED:  June 3, 2014          **PLONSKER LAW LLP**


By: _____/s/_____
          Michael J. Plonsker
          Rex D. Glensy


ATTORNEYS FOR DEFENDANTS
JAMES FRANCO AND RABBIT BANDINI
PRODUCTIONS, LLC.

PLONSKER LAW LLP
ATTORNEYS AT LAW
LOS ANGELES