**DAVIS WRIGHT TREMAINE LLP**
865 S. FIGUEROA ST.
SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
TELEPHONE (213) 633-6800
FAX (213) 633-6899

ALONZO WICKERS IV (State Bar No. 169454)
  alonzowickers@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
KATHLEEN A. CULLINAN (State Bar No. 287604)
  kathleencullinan@dwt.com

Attorneys for Plaintiff
CYRIL HUMPHRIS

**PLONSKER LAW LLP**
Michael J. Plonsker (State Bar No. 101235)
MPlonsker@plonskerlaw.com
Rex Glensy (State Bar No. 198909)
RGlensy@plonskerlaw.com
1990 S. Bundy Drive, Suite 280
Los Angeles, CA 90025
Telephone:   310-861-2050
Facsimile:   310-496-2577

Attorneys for DEFENDANTS
JAMES FRANCO and RABBITBANDINI PRODUCTIONS, LLC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRIL HUMPHRIS, an individual, | Case No. CV14-3162 GW (Ex) |
| Plaintiff, | **JOINT RULE 26(f) REPORT** |
| vs. | |
| JAMES FRANCO, an individual; RABBIT BANDINI PRODUCTIONS, INC., a California corporation; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26-1, Plaintiff Cyril Humphris and Defendants James Franco and Rabbit Bandini Productions, Inc., through their respective attorneys, submit this joint report.

## I.    FRCP 26

A.    Initial Disclosures – FRCP 26(f)(3)(A).  No changes to the timing, form, or requirement for disclosures under Rule 26(a) should be made.  Initial disclosures will be made within thirty days from the date of this joint report.

B.    Discovery – FRCP 26(f)(3)(B).

1.    Plaintiff intends to seek discovery on the following topics:  The development, production, and distribution of Defendants' film *Bukowski* ("the Film"), all options agreements and other contracts relating to the Film, communications and business relationship with Neeli Cherkovski, communications and business relationship with any other individuals or entities that Defendants claim were a source of any aspect of the Film, and communications and business relationship between Plaintiff and Defendants.  This list of anticipated discovery topics is not exhaustive and does not limit Plaintiff's right to seek discovery on additional or different issues.

2.    Defendants intend to seek discovery on the following topics: How Plaintiff obtained an unpublished, undistributed, and incomplete version of the Film and/or script on which the Film is based ("the Script"); all agreements and other contracts evidencing Plaintiff's alleged ownership of the movie rights in the book *Ham on Rye*; all communications between Plaintiff and third parties regarding Defendants, the Film, the Script, Ham on Rye, Neeli Cherkovski, Neeli Cherkovski's biography entitled "Bukowski: A Life;" the factual basis for *Ham on Rye*, and Bukowski's creation of *Ham on Rye*; all communications and agreements between Plaintiff and Defendants; all communications and agreements regarding *Ham on Rye* between Plaintiff and any third party documentation and explanation regarding the copyrightability of the alleged infringed material (including a description of what

1

such material actually is); the status of Plaintiff's development of a film based on *Ham on Rye*; all communications and agreements with Favored Artists; all communications and agreements with Black Sparrow Press; all communications and agreements with Charles Bukowski and/or anyone acting on his behalf or on behalf of his estate; all communications with Linda Bukowski and/or anyone acting on her behalf; and all documents that evidence the source of all of the content of *Ham on Rye* that Plaintiff contends was infringed.  The list of anticipated discovery topics is not exhaustive and does not limit Defendants' right to seek discovery on additional or different issues.

C.      Electronically Stored Information – FRCP 26(f)(3)(C).  Electronically stored information ("ESI") shall be produced in reasonably useable form, including an ability to search the content of the documents produced.  With the exception of spreadsheets (which will be produced in native file format), ESI shall be converted to images and produced, together with available metadata.

D.      Privilege or Protection of Documents – FRCP 26(f)(3)(D).  The parties shall stipulate to a proposed protective order and submit it to the Court for approval.

E.      Changes to Discovery Rules – FRCP 26(f)(3)(E).  No changes should be made in the limitations on discovery imposed under the Federal Rules of Civil Procedure or the Local Rules.

F.      Other Orders – FRCP 26(f)(3)(F).  No other court orders should issue under Rule 26(c) or under Rule 16(b) or (c).

## II.      LOCAL RULE 26-1

A.      Complex Cases.  The Manual for Complex Litigation should not be utilized for this case.

B.      Motion Schedule.  Any dispositive or partially dispositive motions must be filed by **March 23, 2015**.

C.      ADR.  Private mediation is best suited to the circumstances of this case.  ADR will occur by November 7, 2014, provided that the depositions of plaintiff Cyril

2

Humphris and defendants James Franco and RabbitBandini Productions, LLC take place on or before October 17, 2014.

D. **Trial Estimate.** The parties preliminarily estimate that trial will last five to seven days.

E. **Additional Parties.** The parties do not anticipate the appearance of any additional parties.

F. **Expert Witnesses.** Expert witness disclosures must be made by **February 23, 2015**, which should be the same date that fact discovery closes.

Dated: July 14, 2014

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
NICOLAS A. JAMPOL
KATHLEEN CULLINAN

By:    /s/ Alonzo Wickers IV
            Alonzo Wickers IV

Attorneys for Plaintiff
CYRIL HUMPHRIS

Dated: July 14, 2014

PLONSKER LAW LLP
MICHAEL J. PLONSKER
REX GLENSY

By:    /s/ Michael J. Plonsker
            Michael J. Plonsker

Attorneys for Defendants
JAMES FRANCO and
RABBITBANDINI PRODUCTIONS,
LLC.

3