1   **DAVIS WRIGHT TREMAINE LLP**
    865 S. FIGUEROA ST.
2   SUITE 2400
    LOS ANGELES, CALIFORNIA 90017-2566
3   TELEPHONE (213) 633-6800
    FAX (213) 633-6899
4
    ALONZO WICKERS IV (State Bar No. 169454)
5     alonzowickers@dwt.com
    NICOLAS A. JAMPOL (State Bar No. 244867)
6     nicolasjampol@dwt.com
    KATHLEEN A. CULLINAN (State Bar No. 287604)
7     kathleencullinan@dwt.com

8   Attorneys for Plaintiff
    CYRIL HUMPHRIS
9

10  **PLONSKER LAW LLP**
    Michael J. Plonsker (State Bar No. 101235)
11  MPlonsker@plonskerlaw.com
    Rex Glensy (State Bar No. 198909)
12  RGlensy@plonskerlaw.com
    1990 S. Bundy Drive, Suite 280
13  Los Angeles, CA 90025
    Telephone:  310-861-2050
14  Facsimile:   310-496-2577

15  Attorneys for DEFENDANTS
    JAMES FRANCO and RABBITBANDINI PRODUCTIONS, LLC.
16

17                    **UNITED STATES DISTRICT COURT**

18                    **CENTRAL DISTRICT OF CALIFORNIA**

19

20  CYRIL HUMPHRIS, an individual,        ) Case No. CV14-3162 GW (Ex)
21                  Plaintiff,             )
                                           ) **STIPULATION OF VOLUNTARY**
22       vs.                               ) **DISMISSAL WITH PREJUDICE**
                                           )
23  JAMES FRANCO, an individual;           )
24  RABBIT BANDINI PRODUCTIONS,            )
    INC., a California corporation; and DOES )
25  1-10, inclusive,                       )
                                           )
26                  Defendants.            )

27

28

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Cyril Humphris and Defendants James Franco and RabbitBandini Productions, LLC (sued as Rabbit Bandini Productions, Inc.), through their respective attorneys, stipulate that this action is hereby **dismissed with prejudice**.

Dated: October 29, 2014

DAVIS WRIGHT TREMAINE LLP
ALONZO WICKERS IV
NICOLAS A. JAMPOL
KATHLEEN CULLINAN

By:   /s/ Alonzo Wickers IV
        Alonzo Wickers IV

Attorneys for Plaintiff
CYRIL HUMPHRIS

Dated: October 29, 2014

PLONSKER LAW LLP
MICHAEL J. PLONSKER
REX GLENSY

By:   /s/ Michael J. Plonsker
        Michael J. Plonsker

Attorneys for Defendants
JAMES FRANCO and
RABBITBANDINI PRODUCTIONS, LLC.