**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYRIL HUMPHRIS,<br><br>        Plaintiffs,<br><br>  v.<br><br>JAMES FRANCO, et al.,<br><br>        Defendants. | Case No. CV 14-3162-GW(Ex)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: October 31, 2014

BY THE COURT

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE